No. 87–5956.   MIGUENS OLLER *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 87–5959.   MCNEIL *v.* DUNN ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–5960.   HILL *v.* PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 87–5963.   BROWNING *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–5964.   ASTLEY *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.   Reported below: 831 F. 2d 288.

No. 87–442.   PENNSYLVANIA DRILLING CO., INC. *v.* SORBA. C. A. 3d Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 87–765.   ARMSTRONG RUBBER CO. ET AL. *v.* LOCAL 670, UNITED RUBBER, CORK, LINOLEUM & PLASTIC WORKERS OF AMERICA, AFL–CIO, ET AL.   C. A. 6th Cir.   Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 87–532.   GUGLIELMI *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgment of conviction.

No. 87–545.   PERALES, COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES *v.* KRIEGER.   Ct. App. N. Y.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 87–585.   LINNE ET AL. *v.* UNITED STATES.   C. A. 4th Cir. Motion of petitioners to defer consideration of the petition for writ of certiorari and other relief denied.   Certiorari denied.